UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ali RAZA, | Case No.: 26-cv-2171-AGS-SBC |
| Petitioner, | **ORDER TRANSFERRING CASE** |
| v. | |
| Christopher LaROSE, et al., | |
| Respondents. | |

In the interest of "efficient administration of the judicial business of the district," *see* CivLR 40.1(a), and because the Court concludes that this case is related to *Raza v. LaRose*, 26-cv-0864-TWR-MMP (S.D. Cal. 2026), the Court directs the Clerk to reassign this case to Judge Todd W. Robinson. *See Badea v. Cox*, 931 F.2d 573, 575 (9th Cir. 1991) ("District court judges have broad discretion regarding the assignment or reassignment of cases.") (cleaned up); *In re Marshall*, 721 F.3d 1032, 1040 (9th Cir. 2013) ("[J]udges are vested with inherent authority to transfer cases among themselves for the expeditious administration of justice.") (cleaned up).

Dated:  April 8, 2026

Hon. Andrew G. Schopler
United States District Judge

Dated:  April 9, 2026

Hon. Todd W. Robinson
United States District Judge

1

26-cv-2171-AGS-SBC